**Electronically Filed
Supreme Court
SCWC-29547
12-APR-2011
10:48 AM**

NO. SCWC-29547

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

GREGORY CARTER, Petitioner/Plaintiff-Appellant,

vs.

STATE OF HAWAII; UNIVERSITY OF HAWAII;
KAPIOLANI COMMUNITY COLLEGE; JOHN MORTON;
LEON RICHARDS; LOUISE PAGOTTO; and DAVID NAPOLEON,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29547; CIV. NO. 01-1-1830)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Duffy, J., for the court[1])

Petitioner/Plaintiff-Appellant Gregory Carter's application for writ of certiorari, filed on March 14, 2011, is hereby rejected.

DATED: Honolulu, Hawai'i, April 12, 2011.

Gregory Carter,
petitioner/plaintiff-
appellant *pro se*
on the application

Darolyn H. Lendio,
University General Counsel,
Ryan M. Akamine and
Christine F. Tamashiro,
Associate General Counsels
for respondent/defendant-
appellee University of Hawaii

FOR THE COURT:

/s/ James E. Duffy, Jr.

Associate Justice

_____

[1] Considered by: Nakayama, Acting C.J., Acoba and Duffy, JJ., and Circuit Judge Chan, in place of Recktenwald, C.J., recused, and Circuit Judge Border, in place of McKenna, J., recused.